UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHFIELD INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CIVIC CENTER HOTEL, LLC, et al.,<br><br>Defendants. | Case No. 3:16-cv-06056-WHO<br><br>**ORDER OF CONDITIONAL DISMISSAL UPON SETTLEMENT**<br><br>Re: Dkt. No. 70 |

The parties have provided notice of conditional settlement. Dkt. No. 70. Accordingly, this matter is DISMISSED WITH PREJUDICE. If any party certifies to this Court, with proper notice to opposing counsel within ninety (90) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: September 8, 2017



William H. Orrick
United States District Judge